874

No. 82–5158.   COBB v. SUN PAPERS, INC.   C. A. 11th Cir.   Certiorari denied.

No. 82–5161.   LYNN v. AUSTIN, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 82–5162.   FARBER v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–5163.   BRAGGS v. ROSE, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–5164.   JONES v. ROSE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 82–5165.   BARBER v. TEXAS.   Ct. App. Tex., 4th Sup. Jud. Dist.   Certiorari denied.

No. 82–5167.   CARTER v. ANDERSON, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 82–5171.   WHITE v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 82–5173.   HOWARD-ARIAS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–5174.   CRAWFORD v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–5176.   HAEFNER v. COUNTY OF LANCASTER, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–5178.   GLEN-ARCHILA v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5180.   PALMERE v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5187.   QUINONES v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.